IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____ x
                                                                                            :

UNITED STATES OF AMERICA,                      :

                                  Plaintiff,                              :

                       v.                         :    No. 2:16-cv-01731-MCA-MAH

CITY OF NEWARK,                                :    **ORDER OF DISBURSEMENT**

                                Defendant.                          :

_____ x

**THIS MATTER HAVING BEEN OPENED TO THE COURT** by the Independent Monitor requesting payment of the Independent Monitor's Invoice Summary for the time period from December 1 through December 31, 2016, submitted to the Court on June 1, 2017; and the Parties to this action having approved the Invoice Summary Independent Monitor; and the Court having reviewed the Invoice Summary for December 1 through December 31, 2016; and good and sufficient cause having been shown;

        **IT IS ON THIS __ day of June, 2017**

        **ORDERED** that immediately upon entry of this Order, the Clerk of Court shall pay the following amounts, either in whole or in part, to the below parties, and in the Order listed below, for services rendered and related costs incurred during the time period December 1 through December 31, 2016, such payments to be made from funds presently on deposit in the registry of the Court in connection with this matter:

        Gerard LaSalle, PhD:   $3,727.50

|  |  |
|---|---|
| Delores Jones-Brown, PhD: | $507.50 |
| Julio A. Thompson, Esq.: | $705.00 |
| Natashia Tidwell, Esq.: | $3,563.20 |
| New Jersey Institute for Social Justice: | $2,535.00 |
| Rutgers University Police Institute: | $62,558.78 |
| Rutgers University School of Criminal Justice: | $3,852.50 |

**IT IS FURTHER ORDERED** that upon payment in full of the above amounts, the Clerk of Court shall immediately expend the funds remaining in the Court Registry to pay, in whole or in part, the following amount to the below party:

Patterson Belknap Webb & Tyler LLP:   $71,101.50

Upon replenishment of the Court Registry by the City of Newark, the Clerk of Court shall immediately pay any remaining balance due to Patterson Belknap Webb & Tyler LLP until the above amount is paid in full.

**SO ORDERED.**

_____

HONORABLE MADELINE C. ARLEO
United States District Court