KENYATTA STEWART
ACTING CORPORATION COUNSEL
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendant City of Newark

By: Avion M. Benjamin
    First Assistant Corporation Counsel
    973-733-3880

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL ACTION NO.:16-1731 (MCA) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AND REQUEST TO REMOVE COUNSEL** |
| **CITY OF NEWARK** | |
| Defendants. | |

To:  William T. Walsh, Clerk
     United States District Court for the
     District of New Jersey
     Martin Luther King, Jr., Federal Courthouse
     50 Walnut Street
     Newark, New Jersey 07102


     I am First Assistant Corporation Counsel for the City of Newark.  Please remove Willie L. Parker as Corporation Counsel for the City of Newark.  Mr. Parker is no longer employed with the City of Newark.  Please enter my appearance as the lead attorney for Defendant, City of Newark and kindly serve all pleadings, notices and proceedings upon me.

                           KENYATTA STEWART
                           ACTING CORPORATION COUNSEL
                           Attorneys for Defendants

                      By:  /s/Avion M. Benjamin
                           Avion M. Benjamin
                           First Assistant Corporation Counsel

DATED:    June 2, 2017