UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

**Date:** 6/1/17

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                                 **Docket No.** 16-cv-1731(MCA)

USA v. City of Newark

**Appearances:**

Sabrina G. Comizzoli, AUSA for Government
Kelly Horan, AUSA for Government
Jeffrey M. Murray, AUSA for Government
Corey Sanders, AUSA for Government
Avion Benjamin, Esq., for defendant City of Newark
Peter Harvey, Esq., monitoring team
Devon Hercher, Esq., monitoring team
Julio Rubbet, Police Captain Newark Police
Jose Alvarez, Newark Police

**Nature of proceedings**:

Status conference held on the record.
Status letter to be submitted prior to the next conference.
Status conference scheduled for 9/7/17 at 2:30 p.m.

Time Commenced <u>2:30 p.m.</u>
Time Adjourned <u>3:00 p.m.</u>

*Amy Andersonn*
Amy Andersonn, Deputy Clerk