# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 9, 2021

Peter C. Harvey
Partner
(212) 336-2810
Direct Fax: (212) 336-1217
pcharvey@pbwt.com

**VIA ECF**

Honorable Madeline C. Arleo
United States District Court
District of New Jersey
Martin Luther King Federal Building & United States Courthouse
50 Walnut Street #4015
Newark, NJ 07102

      Re:    **United States v. City of Newark, *et al.*
                Civil Action No. 16-1731 (MCA) (MAH)**

Dear Judge Arleo:

      On behalf of the entire Consent Decree Monitoring Team, I am pleased to submit the enclosed Sixteenth Quarterly Report pursuant to Paragraph 183 of the Consent Decree.

      A copy of this Report will be posted on the Monitoring Team's Website, https://www.newarkpdmonitor.com/.

                                      Respectfully Submitted,

                                      /s/ Peter C. Harvey

                                      Peter C. Harvey

Enclosure