

www.pbwt.com

March 15, 2024

Peter C. Harvey
Partner
(212) 336-2810
(212) 336-1217 Direct Fax
pcharvey@pbwt.com

**VIA ECF**

Honorable Madeline C. Arleo
United States District Court
District of New Jersey
Martin Luther King Federal Building & United States Courthouse
50 Walnut Street #4015
Newark, New Jersey 07102

    Re:    <u>United States v. City of Newark, *et al.*
              Civil Action No. 16-1731 (MCA) (MAH)</u>

Dear Judge Arleo:

        On behalf of the entire Consent Decree Monitoring Team, I am pleased to submit the enclosed Twenty-Fourth Semiannual Report pursuant to Paragraph 183 of the Consent Decree and Paragraph 10 of the Court's order extending the Monitorship.

        A copy of this Report will be posted on the Monitoring Team's Website, https://www.newarkpdmonitor.com/.

        Respectfully submitted,

        /s/ Peter C. Harvey

        Peter C. Harvey

Enclosure